■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MUSTAFA FAGAN, Appellant. [930 NYS2d 446]—

After an extensive inquiry, the court properly denied defendant's day-of-trial request for the appointment of substitute counsel. Despite a suitable opportunity to be heard, defendant did not establish good cause for his belated request (*see People v Linares*, 2 NY3d 507, 510-512 [2004]).

Defendant's evidentiary claim is unpreserved and we decline to review it in the interest of justice. As an alternative holding, we also reject it on the merits. Concur—Tom, J.P., Saxe, DeGrasse, Freedman and Román, JJ.